**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

**IN RE: SIM FRYSON MOTOR COMPANY, INC.**          **CASE NO.  09-10464-jms**
                                                                                            **CHAPTER 11**
                **DEBTOR,**

## MOTION TO DISMISS

Comes the Debtor, Sim Fryson Motor Company, Inc., by counsel, and moves the Court to dismiss Bankruptcy Petition Number 09-10464 filed on behalf of Sim Fryson Motor Company, Inc.

In support of this motion, movant states as follows:

On the 15th day of July, 2009, Debtor Sim Fryson Motor Company, Inc. filed a Bankruptcy Petition which was assigned File Number 09-10415.  On or about the 3rd day of August, 2009, Debtor attempted to file additional schedules and pleadings but through a clerical error, filed the same as a new bankruptcy and was assigned Case Number 09-10464.

The case now designated as Case Number 09-10464 was filed in error and by mistake and should now be dismissed and stricken from the docket as a duplicate case.

**WHEREFORE**, movant prays for an Order dismissing the duplicate bankruptcy case filed in error.

                                                                         /s/James h. Moore, III
                                                                        **JAMES H. MOORE, III**
                                                                        **Campbell Woods, PLLC**
                                                                        **P. O. Box 1862**
                                                                        **Ashland, KY   41105-1862**
                                                                        **COUNSEL FOR DEBTOR**